Geo. E. Evans, Plaintiff in Error, v. W. H. Dowling as Sheriff of Duval County, Florida, Defendant in Error.

A writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*Wm. A. Hallowes, Jr., Miles W. Lewis* and *I. L. Farris,* for Plaintiff in Error;

No appearance for Defendant in Error.

---

Georgia Southern and Florida Railway Company; a Corporation, Plaintiff in Error, v. Francis J. Pons, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*Jno: C. Cooper & Son,* for Plaintiff in Error;

*W. T. Caffrey,* for Defendant in Error.